UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NORTH POINTE INSURANCE COMPANY,**

      **Plaintiff,**

v.                                                  **Case No: 6:16-cv-449-Orl-41TBS**

**DONE RIGHT HEATING & AIR, INC.,**

      **Defendant.**

                                                 /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment (Doc. 14). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 17), which recommends that the motion be granted and that declaratory relief be entered in favor of Plaintiff.

After an independent *de novo* review of the record and noting that no objections were timely filed,[1] the Court agrees with the findings of fact and conclusions of law in the R&R.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment (Doc. 14) is **GRANTED**.

3. The Clerk is directed to enter Judgment in favor of Plaintiff and against Defendant, declaring that—Plaintiff does not owe a duty to defend or indemnify Defendant

---

[1] The Court notes that the declaratory relief requested in the motion is more extensive than that recommended via the R&R; however, following an opportunity to object, Plaintiff has failed to take issue with the recommendation. *See* 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72.

under the pertinent policy for the claims asserted against it in the underlying state court action.

4. After entering Judgment, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party